Waterworks v Kerry Killoren Exhibit A.xls

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| KERRY KILLOREN | 208386 | 2/26/2009 | $2,870.25 |
| KERRY KILLOREN | 208440 | 3/4/2009 | $2,838.00 |
| KERRY KILLOREN | 209125 | 4/8/2009 | $4,074.25 |
| KERRY KILLOREN | 50005002 | 5/1/2009 | $2,031.75 |
| | | | $11,814.25 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation